## LAW OFFICES OF RONALD WARDELL, P.C.
ATTORNEYS AT LAW
5599 SAN FELIPE, SUITE 104
HOUSTON, TEXAS 77056
Telephone (713) 355-4343
Facsimile (713) 355-4242
www.WardellLawFirm.com

**RONALD WARDELL**
rwardell@wardelllawfirm.com



OCT 2 6 2017

David J. Bradley, Clerk of Court

October 24, 2017

Ms. Dorothy C. Mullinax
ADR Deputy Clerk
P.O. Box 61010
Houston, Texas 77208-101

Re:   Civil Action No.: 4:16-cv-3285; *Tarsem Agarwal v. Mt. Hawley Insurance Company*; In the United States District Court for the Southern District of Texas, Houston Division

### MEMORANDUM OF SETTLEMENT

1. **Names, addresses and telephone numbers of parties Plaintiff and attorneys of record:**

   | | |
   |---|---|
   | Plaintiff: | Tarsem Agarwal |
   | Represented by: | Kimberly N. Blum |
   | TBA No.: | 24092148 |
   | Firm Name: | Chad T. Wilson Law Firm, PLLC |
   | Firm Address: | 1322 Space Park Drive, Suite A155 |
   | | Houston, Texas 77058 |
   | Phone Number: | 832-415-1432 |
   | Fax Number: | 281-940-2137 |
   | Email: | kblum@cwilsonlaw.com |

   **Names, addresses and telephone numbers of parties Defendants and attorneys of record:**

   | | |
   |---|---|
   | Defendants: | Mt. Hawley Insurance Company |
   | Represented by: | Mr. Greg K. Winslett |
   | TBA No.: | 21781900 |
   | Firm Name: | Quilling, Selander, Lownds, Winslett & Moser, P.C. |
   | Firm Address: | 200 Bryan Street, Suite 1800 |
   | | Dallas, Texas 75201 |
   | Phone Number: | 214-871-2100 |
   | Fax Number: | 214-871-2111 |
   | Email: | gwinslett@qslwm.com |

Ms. Dorothy C. Mullinax
October 24, 2017
Page 2

2. **Type of ADR used:**

   Mediation

3. **Settlement Status:**

   Settled

4. **Fees paid to the ADR provider:**

   a. on behalf of Plaintiff Agarwal - $1,500.00
   b. on behalf of Defendant Mt. Hawley Insurance Company - $1,500.00

                                        Respectfully Submitted,

                                        Ronald Wardell

RW/mm

cc:     The Magistrate Judge Mary Milloy
        United States Courthouse
        515 Rusk Avenue
        Houston, Texas 77002

        *Via Email kblum@cwilsonlaw.com*

        Ms. Kimberly N. Blum
        Chad T. Wilson Law Firm, PLLC
        1322 Space Park Drive, Suite A155
        Houston, Texas 77058

        *Via Email gwinslett@qslwm.com*

        Mr. Greg K. Winslett
        Quilling, Selander, Lownds, Winslett & Moser, P.C.
        2001 Bryan Street, Suite 1800
        Dallas, Texas 75201